EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2004

at \_\_11\_\_ o'clock and \_\_\_ min. \_\_\_ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>TERRENCE HIRATA,<br><br>   Defendant. | CR. NO. CR 04-00276 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §841(a)(1); 21<br>U.S.C. §841(b)(1)(B); 21<br>U.S.C. §841(b)(1)(C);<br>18 U.S.C. §922(g)(1);<br>18 U.S.C. §924(a)(2);<br>26 U.S.C. §5861(d)] |

INDICTMENT

COUNT 1

[21 U.S.C. §841(a)(1)]

The Grand Jury charges:

On or about October 9, 2003, in the District of Hawaii, defendant, TERRENCE HIRATA, did knowingly possess with the intent to distribute five grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance, to wit, 41.1 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2

[21 U.S.C. §841(a)(1)]

The Grand Jury further charges:

On or about October 9, 2003, in the District of Hawaii, defendant, TERRENCE HIRATA, did knowingly possess with the intent to distribute heroin, a Schedule I controlled substance, to wit, 30.9 grams of a mixture or substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

[18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about October 9, 2003, in the District of Hawaii, defendant, TERRENCE HIRATA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, to wit, a Thompson/Center Arms 9mm caliber rifle bearing serial number

S42121 with an attached silencer, as defined in 18 U.S.C. §921(a)(24).

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 4

[18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about October 9, 2003, in the District of Hawaii, defendant, TERRENCE HIRATA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, ammunition, to wit, four rounds of 9 mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 5

[26 U.S.C. §5861(d); 26 U.S.C. §5871]

The Grand Jury further charges:

On or about October 9, 2003, in the District of Hawaii, defendant, TERRENCE HIRATA, did knowingly possess a firearm, as defined in 26 U.S.C. §§ 5845(a), to wit, a silencer, as defined 18 U.S.C. §921(a)(24), attached to a Thompson/Center arms 9mm caliber rifle bearing serial number S42121, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: July 22, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Terrence Hirata
Cr. No. _____
"Indictment"